**Antonio SAUNDERS, Plaintiff— Appellant,**

v.

**Sgt. NICHOLS; Officer Dixon, Defendants—Appellees,**

and

**John Doe Classification Officers; Jane Doe Classification Officers; John Doe Officers, defendants are being sued each in their individual and official capacities, Defendants.**

No. 09–6307.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 2, 2009.

Decided: Oct. 13, 2009.

Antonio Saunders, Appellant Pro Se. Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellees.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

728

PER CURIAM:

Antonio Saunders appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Saunders v. Nichols*, No. 1:08–cv–01160–LMB–TCB (E.D. Va. filed Jan. 22, 2009; entered Jan. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*